UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-08-2012 |
| | § | |
| ABC ENTERTAINMENT, L.L.C., | § | |
|   Individually and d/b/a Level Lounge, | § | |
|   a/k/a Level Club, a/k/a X-IT Lounge; and | § | |
| GREG ALAN BERGER, | § | |
|   Individually and d/b/a Level Lounge | § | |
|   a/k/a Level Club, a/k/a X-IT Lounge | § | |
|    *Defendants*. | § | |

## OPINION ON SUMMARY JUDGMENT

This is a lawsuit brought under the anti-piracy provisions of the Federal Communications Act. *See* 47 U.S.C. §§ 553, 605 (2006). Plaintiff J & J Sports Productions has moved for summary judgment. (Dkt. 16.) Defendants ABC Entertainment L.L.C. and Greg Alan Berger have not filed a response.

Having considered J & J Sports's motion, the court concludes the following:

1. J & J Sports had an exclusive right to exhibit the June 25, 2005 super lightweight championship fight between Arturo Gatti and Floyd Mayweather, including undercard bouts. *See id.*, Ex. A-1.

2. Defendants ABC Entertainment and Greg Berger exhibited an undercard bout from the June 25, 2005 broadcast without obtaining permission from J & J Sports. *See id.*, Ex. A-2.

3. Defendants' exhibition, which required them to obtain a descrambled signal of the broadcast, was willful and for purposes of direct or indirect commercial advantage or private financial gain. *See id.*, Ex. A.

4.  Defendants have violated the anti-piracy provisions of the Federal Communications Act on at least two previous occasions. *See id.*, Exs. F, G.

The court therefore grants J & J Sports's motion for summary judgment. A separate final judgment will be issued.

Signed at Houston, Texas on July 7, 2009.

Stephen Wm Smith
United States Magistrate Judge